MARK J. HANNON SBN: 107829
Attorney At Law
1114 W. Fremont St.
Stockton, California, 95203
Telephone: (209) 942-2229
Facsimile: (209) 942-3973
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DEBRA DUANN GIBSON,         )
                               )     CIVIL NO. 2:11-cv-03330-KJN
                               )
     Plaintiff,           )     STIPULATION AND [proposed]
                               )     ORDER EXTENDING PLAINTIFF'S
     vs.                )     TIME TO FILE A MOTION FOR
                               )     SUMMARY JUDGMENT
                               )
Commissioner of Social Security,  )
*Michael Astrue,*                )
                               )
          Defendant.     )
_____)

       IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that Plaintiff's time to file a motion for summary judgment is hereby extended from the present due date of May 17, 2012, to a new filing date of June 17, 2012.

       Plaintiff needs additional time to prepare the motion for summary judgment. Plaintiff is a sole practitioner and has an active case load. This is plaintiff's first request for an extension.

       For the above stated reasons, the parties request that the Court grant the requested extension. This is the first request to extend Plaintiff's deadline to file a motion for summary judgment.

DATED:May 1, 2012              __/s/ Mark J Hannon_____
                                   MARK J HANNON
                                   Attorney for Plaintiff

1

2                                                    DONNA L. CALVERT
Acting Regional Chief Counsel,
Region IX

3

4 DATED: May 1, 2012                 By: _/s/ *Elizabeth Barry* _____
ELIZABETH BARRY

5                                                Special Assistant United States Attorney
Social Security Administration

6

7

8 OF COUNSEL:

9

10 BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

11

12

13                                          Attorneys for Defendant

14                                     ORDER

15      The requested extension of Plaintiff's time to file a motion for summary judgment in <u>Gibson</u>

16 <u>vs. Commissioner of Social Security</u>, 2:11-cv-03330-KJN, is HEREBY APPROVED.  Plaintiff shall

17 file her motion for summary judgment no later than June 17, 2012.

18      IT IS SO ORDERED.

19 DATED:  May 7, 2012

20

21

22

23 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28