1  MARK J. HANNON SBN: 107829
   Attorney At Law
2  1114 W. Fremont St.
   Stockton, California, 95203
3  Telephone: (209) 942-2229
   Facsimile: (209) 942-3973
4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT,

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 DEBRA DUANN GIBSON,                )
                                      )    CIVIL NO. 2:11-cv-03330-KJN
11                                    )
          Plaintiff,                  )    STIPULATION AND [proposed]
12                                    )    ORDER EXTENDING PLAINTIFF'S
       vs.                            )    TIME TO FILE A MOTION FOR
13                                    )    SUMMARY JUDGMENT
                                      )
14 Commissioner of Social Security,   )
   *Michael Astrue,*                  )
15                                    )
          Defendant.                  )
16 _____)

17
        IT IS HEREBY STIPULATED by and between the parties, through their respective
18
   undersigned attorneys, with the permission of the Court as indicated below, that Plaintiff's time to
19
   file a motion for summary judgment is hereby extended from the present due date of May 17, 2012,
20
   to a new filing date of June 17, 2012.
21
        Plaintiff needs additional time to prepare the motion for summary judgment. Plaintiff is a sole
22
   practitioner and has an active case load. This is plaintiff's first request for an extension.
23
        For the above stated reasons, the parties request that the Court grant the requested extension.
24
   This is the first request to extend Plaintiff's deadline to file a motion for summary judgment.
25

26

27 DATED:May 1, 2012                        __*/s/ Mark J Hannon*_____
                                            MARK J HANNON
28                                          Attorney for Plaintiff

|  |  |
|---|---|
|  | DONNA L. CALVERT<br>Acting Regional Chief Counsel,<br>Region IX |
| DATED: May 1, 2012 | By: /s/ *Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant United States Attorney<br>Social Security Administration |

OF COUNSEL:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

Attorneys for Defendant

## ORDER

The requested extension of Plaintiff's time to file a motion for summary judgment in <u>Gibson vs. Commissioner of Social Security</u>, 2:11-cv-03330-KJN, is HEREBY APPROVED. Plaintiff shall file her motion for summary judgment no later than June 17, 2012.

IT IS SO ORDERED.

DATED: May 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE