```
1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBRA DUANN GIBSON, ) | |
| Plaintiff, ) | Case No. CIV-2:11-cv-03330-KJN |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| Michael Astrue ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until August 10, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: July 11, 2012         */s/ Mark J. Hannon*
                             (as authorized via e-mail)
                             MARK J. HANNON
                             Attorney for Plaintiff

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: July 11, 2012 | By /s/ Elizabeth Barry<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

The parties' stipulation (Dkt. No. 17) is HEREBY APPROVED, and defendant shall file his opposition and cross-motion for summary judgment no later than August 10, 2012. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: July 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE