1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9
                UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
                    **SACRAMENTO DIVISION**
11
   DEBRA DUANN GIBSON,                )
12                                     )   Case No.  CIV-2:11-cv-03330-KJN
              Plaintiff,               )
13                                     )   STIPULATION AND ~~PROPOSED~~ ORDER
         v.                            )   FOR A 7-DAY EXTENSION FOR
14                                     )   DEFENDANT TO FILE NOTICE, MOTION,
   COMMISSIONER OF                     )   AND MEMORANDUM IN SUPPORT OF
15 SOCIAL SECURITY,                    )   CROSS-MOTION FOR SUMMARY
   Michael Astrue                      )   JUDGMENT AND IN OPPOSITION TO
16                                     )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.               )   JUDGMENT
17                                     )
   _____ )
18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 7-day extension, or until August 17, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's second request for an extension of time in this matter.

24
                                           Respectfully submitted,
25
26 Dated: August 10, 2012                  */s/ Mark J. Hannon*
                                           (as authorized via e-mail)
27                                         MARK J. HANNON
                                           Attorney for Plaintiff
28

|   |   |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: August 10, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The parties' stipulation is HEREBY APPROVED, and defendant shall file his opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment no later than August 17, 2012. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: August 14, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE