```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5      160 Spear Street, Suite 800
        San Francisco, California 94105
 6      Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
 7      Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBRA DUANN GIBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>Michael Astrue<br><br>　　　　　Defendant.<br>_____ | Case No. CIV-2:11-cv-03330-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A 7-DAY EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until August 17, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

                                    Respectfully submitted,

Dated: August 10, 2012              */s/ Mark J. Hannon*
                                    (as authorized via e-mail)
                                    MARK J. HANNON
                                    Attorney for Plaintiff

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: August 10, 2012 | By /s/ Elizabeth Barry<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The parties' stipulation is HEREBY APPROVED, and defendant shall file his opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment no later than August 17, 2012. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: August 14, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE